# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150882(57)

CYNTHIA HARDY, Personal Representative of
the ESTATE OF MARGARET MARIE ROUSH,
       Plaintiff-Appellee,

v

                    SC: 150882
                    COA: 317406
LAURELS OF CARSON CITY, LLC,     Montcalm CC: 2012-016830-CZ
       Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Elder Justice Initiative, the National Consumer Voice for Quality Long-Term Care, the State Long Term Care Ombudsman Program, and the Michigan Protection and Advocacy Service, Inc. to file a late amicus curiae brief is GRANTED. The amicus brief submitted on February 17, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2016



Clerk